FILED

Original Copy of 2.                                            8-8-21

2021 AUG 13 AM 11:59

State of: Florida                        United States District Court
County of: SANTA ROSA                    Middle District of Florida
                                         Office of the Clerk
                                         300 N. Hogan Street, Ste 9-150
PROVIDED TO SANTA ROSA C.I. ON           Jacksonville, Florida
AUG 0 8 2021                                      32202-4271
FOR MAILING BY _____

Re: Obstruction of Justice
    Life in Danger:

3:21cv787-BJD-MCR

## SWORN AFFIDAVIT

I, ANDRE L. SHEFFIELD, hereby swear or affirm that the following Statement is true and Correct and made of my own free Will from my own Personal Knowledge:

On About 7-28-21 at approximately 9:00 am/pm: I submitted And Informal Grievance Via Grievance box to Inspector Devine, after said Inspector Postponed her interview With Myself 7-23-21. This informal Grievance Was advising Said Inspector that I had been threatened by two (2) Latin King Gang Members and one Gangsta disciple Gang Member that I was surely to be Stabbed up once Released to Santa Rosa Annex Compound, or in being Transferred on the bus from this Institution, that I Am A Plate All over the State of Fla. That's Why their brothers tried to Stabb myself up at Graceville, And A.C.I. Recently, And that it's Gona happen Sooner than Later... All these Gang Members have thus been relocated to Quad (1) of J-dormitory Since that time.

pg 1 of 2

The Informal Grievance has Not been responded to because it was Never forwarded to that inspector. A Plethora of Grievances filed concerning the threats by Gang members, Captain Michael Brown, of A.C.I. ect. has Not been responded to filed through said Grievance office obstructing Justice.

ON 7-23-21 Inspector Devine, advised myself that she had to Get with some inspector from across state, that he may want to come interview me himself, or he may want to send her back; to any affect No ONe has been back since that time.

These People dont realize that Not ONly is my life in DANGER "Serious danger," But, officials such As Sgt. AMANDA D. Adams, 129 Firehouse Rd. Portsaint Joe, Fla, 32456. Bryan P. Bevan, Sgt. 25712 N.E. Alliance Altha, Fla 32421. Sgt. Herman L. Sapp 3144 N.W. McClain Lane, Altha, Fla 32421. And Multiple others. Just the twenty or thirty addresses alone is A security breach, yet, they have their Social Security, Children NAME, Age ect., Their Serious about harming these People, And harming myself because I No to much.

Under the Penalties of Perjury, I hereby declare that the foregoing Affidavit and the facts stated herein are true and correct.

Sworn ON this 8th day of August, 2021

Respectfully Submitted,
/s/ Andre Sheffield
Andre L. Sheffield 116194
SANTA ROSA CORR. INST./Annex
5850 E. Milton Rd.
Milton, Fla 32583

Pg. 2 of 2.                                    J2-213